UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.P.B.,

            Plaintiff,

   v.

ANDREW M. SAUL,

            Defendant.

Case No. 20-cv-07336-SVK

**ORDER REMANDING CASE**

This case is hereby **REMANDED** to the Administrative Law Judge for further proceedings consistent with the decision of the Ninth Circuit Court of Appeals in *Baten v. Kijakazi*, No. 22-15067, 2022 WL 17352442 (9th Cir. Dec. 1. 2022).

**SO ORDERED.**

Dated: January 23, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge